FILED ✓
ENTERED ___
___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | 2:06-CR-210-LDG-LRL |
| vs. | ) ) ) | |
| RONALD BUCCANERO | ) ) | |
| Defendant. | ) ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#873) on September 19, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WALMART
Amount of Restitution: $75,251.29

**Total Amount of Restitution ordered:** $75,251.29**
**Joint and Several with co-defendants

Dated this ___14___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE